# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VERNON WESLEY DIXON,
ADC #106751                                                                                            PLAINTIFF

V.                                           3:15CV00065 KGB/JTR

DAVID CARTER, Sheriff,
Greene County Detention Center, et al.                                        DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

## I. Discussion

On April 14, 2015, the Court ordered Plaintiff Vernon Wesley Dixon to file, within thirty days, an Amended Complaint. *Doc. 5.* Plaintiff did not receive a copy of that Order because he was released from the Greene County Detention Center without providing a forwarding address. *Docs. 6 & 7.* However, prior to his release,

Plaintiff *received* an Order explaining his obligations under Local Rule 5.5(c)(2), which provides that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.* Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

*Doc. 3* (emphasis added).

As of today's date, Plaintiff has not complied with the April 14, 2015 Order and the time for doing so has expired. Accordingly, this case should be dismissed, without prejudice, due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2)

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's incomplete Application to Proceed *In Forma Pauperis (Doc. 1)* be DENIED, AS MOOT.

2. This case be DISMISSED, WITHOUT PREJUDICE.

3. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 1st day of July, 2015.

                                    */s/ J. Thomas Ray*
                              UNITED STATES MAGISTRATE JUDGE