IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VERNON WESLEY DIXON,**
**ADC #106751**                                                                                          **PLAINTIFF**

V.                               Case No. 3:15-cv-65 KGB/JTR

**DAVID CARTER, Sheriff,**
**Greene County Detention Center, et al.**                                         **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 8).  Plaintiff Vernon Wesley Dixon has not filed any objections, and the time for filing objections has passed.  After careful review, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects.  Accordingly, the Court dismisses without prejudice this action due to a lack of prosecution.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).  The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

SO ORDERED this 24th day of November, 2015.

Kristine G. Baker
United States District Judge