IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VERNON WESLEY DIXON,**
**ADC #106751**                                                                                             **PLAINTIFF**

**V.**                              Case No. 3:15-cv-65 KGB/JTR

**DAVID CARTER, Sheriff,**
**Greene County Detention Center, et al.**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses without prejudice this action. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

SO ORDERED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge